IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY CRAIG LAYNE,<br><br>Defendant. | CR 21–9–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Preliminary Order of Forfeiture. (Doc. 28.) The operative indictment in this case contains a forfeiture allegation. (Doc. 2.) On April 5, 2022, Mr. Layne was adjudged guilty as charged in the Indictment. (Doc. 27.) This conviction provides a factual basis and cause to issue a forfeiture order, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 28) is GRANTED.

IT IS FURTHER ORDERED that Mr. Layne's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Springfield Armory (Importer: Springfield, Inc.), model XD-S, .45 ACP caliber semi-automatic pistol, serial number S4108768; and
- 5 Rounds CCI Ammunition caliber .45.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms

and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 19th day of April, 2021.

_____
Dana L. Christensen, District Judge
United States District Court