IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY CRAIG LAYNE,<br><br>Defendant. | CR 21–9–BU–DLC<br><br><br><br>ORDER |

This matter comes before the Court on the United States' motion for final order of forfeiture. (Doc. 32.) Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d).

2. A Preliminary Order of Forfeiture was entered on April 19, 2022. (Doc. 30.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 31.)

4. It appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1. The motion for final order of forfeiture (Doc. 32) is GRANTED.

1

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Springfield Armory (Importer: Springfield, Inc.), model XD-S, .45 ACP caliber semi-automatic pistol, serial number S4108768; and
- 5 Rounds CCI Ammunition caliber 45.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 29th day of June, 2022.

Dana L. Christensen, District Judge
United States District Court